**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ASHLEY BURNETT**                                                                                        **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO.: 3:24-cv-293-MPM-JMV**

**ASHLEY FURNITURE INDUSTRIES, LLC**                               **DEFENDANT**

**ORDER DIRECTING SERVICE OF PROCESS**

This matter is before the court upon *pro se* Plaintiff Ashley Burnett's Amended Complaint [Dkt. 5] and Supplement to Amended Complaint [Dkt. 6]. Having considered the same, the clerk is directed to issue process to be served.

THERFORE IT IS ORDERED:

1. That the clerk shall **issue process for the defendant whose name and address was provided in the Supplement to the Complaint [6].**

   **Ashley Furniture Industries, LLC
   1670 E. 8th Ave.
   Tampa, FL 33605**

2. That the U.S. Marshal shall serve process on this defendant as directed in the summons in accordance with 28 U.S.C. § 1915.

**SO ORDERED**, this, the 9th day of October, 2024.

                                                             /s/ Jane M. Virden
                                                     **UNITED STATES MAGISTRATE JUDGE**